UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,                )      Case No. CR  14 - 565   LB
                                         )
                    *Plaintiff,*         )      STIPULATED ORDER EXCLUDING TIME
          v.                             )      UNDER THE SPEEDY TRIAL ACT **FILED**
                                         )
     Austin Lim                          )                          **FILED**
                    *Defendant.*         )                       DEC 19 2014
                                         )
                                                        RICHARD W. WIEKING
                                                 CLERK, U.S. DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on  12/19 , 2014, the Court excludes time under the
Speedy Trial Act from  12/19 , 2014 to  1/22 , 2015 and finds that the ends of justice served
by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____   Failure to grant a continuance would be likely to result in a miscarriage of justice.
         *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____   The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of
         defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
         or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
         itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____   Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
         taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____   Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
         counsel's other scheduled case commitments, taking into account the exercise of due diligence.
         *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X___   Failure to grant a continuance would unreasonably deny the defendant the reasonable time
         necessary for effective preparation, taking into account the exercise of due diligence.
         *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 12-19-19

                                         _____
                                         LAUREL BEELER
                                         United States Magistrate Judge

STIPULATED: _____         _____
             Attorney for Defendant       Assistant United States Attorney